Lurton Lewis HEFLIN, Jr., Appellant,

v.

UNITED STATES of America,
Appellee.

No. 17941.

United States Court of Appeals
Fifth Circuit.

Jan. 19, 1960.

Lurton Lewis Heflin, Jr., in pro. per.

W. L. Longshore, U. S. Atty., Birmingham, Ala., George A. Blinn, M. L. Tanner, Asst. U. S. Attys., Birmingham, Ala., for appellee.

Before TUTTLE, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

The judgment of the trial court overruling appellant's motion to vacate sentence is affirmed. Pinkerton v. United States, 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed. 1489; Sneed v. United States, 5 Cir., 298 F. 911.

Ernest B. LOPEZ, Appellant,

v.

Paul J. MADIGAN, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 16601.

United States Court of Appeals
Ninth Circuit.

Dec. 16, 1959.

Ernest B. Lopez, in pro. per.

Lynn J. Gillard, U. S. Atty., John Kaplan, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before BONE, POPE and HAMLEY, Circuit Judges.

PER CURIAM.

The facts found by the trial judge in this case appear to be amply supported by the evidence, and his legal analysis of the problem is sound and justifies his conclusions as to applicable law.

On the grounds and for the reasons stated in its opinion, Lopez v. Madigan, D.C., 179 F.Supp. 742, the judgment of the lower court is affirmed.